**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Kane; Diane Kane, | ) No. CV 10-1787-PHX-JAT |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Michael A. Bosco, Jr.; et al., | ) |
| Defendants. | ) |

On August 26, 2010, Plaintiffs filed an emergency motion for temporary restraining order seeking to stop a Trustee sale of their house, which they said was set for August 30, 2010. Doc. 13. Because the undersigned could not hear the motion by the 30th, another Judge was drawn, and on August 27, 2010, Judge Snow entered an Order denying the request for a temporary restraining order. Doc. 17.

On September 10, 2010, Plaintiffs filed another emergency motion for temporary restraining order seeking to stop the Trustee sale of their house, which they now say is set for September 13, 2010. Doc. 20. In this second motion, Plaintiffs do not show any change in circumstances since Judge Snow's order, nor argue any reason why Judge Snow's order was incorrect. Thus, Plaintiffs have effectively filed a motion for reconsideration of Judge

Snow's Order, but have failed to show any basis justifying reconsideration.[1]  Accordingly,

IT IS ORDERED that the emergency motion for temporary restraining order and preliminary injunction (Doc. 20) is denied.

DATED this 10th day of September, 2010.

_____
James A. Teilborg
United States District Judge

---

[1] To obtain reconsideration of a non-final order, the moving party must show: (1) There are material differences in fact or law from that presented to the Court and, at the time of the Court's decision, the party moving for reconsideration could not have known of the factual or legal differences through reasonable diligence; (2) There are new material facts that happened after the Court's decision; (3) There has been a change in the law that was decided or enacted after the Court's decision; or (4) The movant makes a convincing showing that the Court failed to consider material facts that were presented to the Court before the Court's decision. No motion for reconsideration shall repeat in any manner any oral or written argument made in support of or in opposition to the original motion. *Motorola, Inc. v. J.B. Rogers Mechanical Contractors, Inc.*, 215 F.R.D. 581, 586 (D. Ariz. 2003).